In re:  Case No. 23-01455-HWV

Manny Baez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Aug 03, 2023     Form ID: ntcnfhrg     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Manny Baez, 1830 Saint Johns Drive, Chambersburg, PA 17202-3022 |
| 5550875 | + | Anna Blanco, 1830 St Johns Drive, Chambersburg, PA 17202-3022 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5550876 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 03 2023 18:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5550878 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 18:53:06 | Citibank, NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5550879 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 03 2023 18:35:00 | Department of Taxation and Finance, Audit Division-Income/Franchise, Desk AG5 WA Harriman Campus, Albany, NY 12227-0001 |
| 5550880 | | Email/Text: mrdiscen@discover.com | Aug 03 2023 18:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5552732 | | Email/Text: mrdiscen@discover.com | Aug 03 2023 18:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5550877 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2023 18:42:07 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5555487 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 03 2023 18:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5550881 | + | Email/Text: Documentfiling@lciinc.com | Aug 03 2023 18:34:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5550882 | + | Email/PDF: pa_dc_claims@navient.com | Aug 03 2023 18:42:05 | Navient Solutions, Inc., Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5554591 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 03 2023 18:34:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5550883 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 03 2023 18:35:00 | New York State, Department of Taxation and Finance, PO Box 4127, Binghamton, NY 13902-4127 |
| 5552353 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 03 2023 18:35:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 5550884 | + | Email/PDF: ebnotices@pnmac.com | Aug 03 2023 18:53:21 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5550885 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2023 18:42:03 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5550886 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Aug 03 2023 18:41:57 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5550887 | Email/Text: bknotice@upgrade.com | Aug 03 2023 18:34:00 | Upgrade, Inc., 275 Battery Street, Floor 23, San Francisco, CA 94111 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Manny Baez pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Manny Baez,<br>aka Manny Baez Sr., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−01455−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 13, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 3, 2023 |

ntcnfhrg (08/21)